IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMERICAN MOTORISTS INSURANCE )
COMPANY (formerly American )
Protection Insurance Company), )
)
             Plaintiff, )
)
  v. ) No. 05 C 874
) U.S. Court of Appeals
AIRBORNE, INC., etc., ) No. 07-1960
)
             Defendant. )

## MEMORANDUM ORDER

This Court first learned of an error in the identification of the proper plaintiff in the judgment in this action--an error caused by the failure of plaintiff's counsel to have apprised this Court of a post-filing and pre-judgment corporate merger--when it received a copy of a June 5, 2007 order from our Court of Appeals addressing the matter (plaintiff's counsel had compounded the error by not having delivered to this Court a copy of its May 2, 2007 motion before the Court of Appeals, seeking leave to have the error corrected). This Court immediately requested and has now received a "courtesy copy" of that May 2 motion explaining the circumstances.

In accordance with Fed. R. Civ. P. 60(a), it is hereby ordered that the judgment in this action be corrected to reflect the plaintiff as American Motorists Insurance Company rather than American Protection Insurance Company. Copies of the corrected judgment shall be delivered to the Court of Appeals as a

supplemental record, as its June 5 order had requested, and also to counsel for the parties.

                                  _____
                                  Milton I. Shadur
                                  Senior United States District Judge

Date: June 7, 2007